IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CR-272-WKW |
| | ) | [WO] |
| DANDRE MARQUEZ GRAY | ) | |

**ORDER**

On September 13, 2018, the Magistrate Judge filed a Recommendation (Doc. # 23) that the motion to dismiss filed by Defendant Dandre Marquez Gray (Doc. # 18) be denied. Defendant did not object to the Recommendation. Upon an independent review of the record and the Recommendation, the Magistrate Judge's Recommendation is due to be adopted.

The Recommendation adequately addressed Defendant's arguments and properly rejected them. For the reasons thoroughly explained in both the Government's response to the motion to dismiss (Doc. # 20), as well as the Recommendation (Doc. # 23), Defendant's pending charges in this court are not barred by Double Jeopardy as set out in current binding Supreme Court and Eleventh Circuit precedent.

Accordingly, it is ORDERED as follows:

1.  The Magistrate Judge's Recommendation (Doc. # 23) is ADOPTED; and

2.  Defendant's motion to dismiss (Doc. # 18) is DENIED.

DONE this 5th day of October, 2018.

            /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE